United States Bankruptcy Court
District of Puerto Rico

In re:  
JORGE ANTONIO IRIZARRY RODRIGUEZ  
    Debtor

Case No. 15-01937-EAG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0104-2     User: colont     Page 1 of 1     Date Rcvd: Jul 02, 2020  
                     Form ID: pdf001     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2020.

```
db              +JORGE ANTONIO IRIZARRY RODRIGUEZ,    PO BOX 560479,    GUAYANILLA, PR 00656-0479
smg              FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
4084952         +ARCELIO A MALDONADO AVILES,    6 GARZAS,    ADJUNTAS PR 00601-2108
4084950          ASUME,    PO BOX 70376,    SAN JUAN PR 00936-8376
4098975         +ASUME,    C/O STACY RODRIGUEZ VEGA,    PO BOX 70376,    SAN JUAN PR 00936-8376
4084961         +DEPARTAMENTO DE HACIENDA DEL ESTADO LIBRE ASOCIACI,    EDIFICIO INTENDENTE RAMIREZ,
                  10 PASEO COVADONGA,    SAN JUAN 00901-2613
4084960          MARTIN GONZALEZ VAZQUEZ,    PO BOX 591,    MERCEDITA PR 00715 0591
4144221          PONTIFICAL CATHOLIC UNIVERSITY PR,    2250 BOULEVARD LUIS A FERRE,    AGUAYO SUITE 530,
                  PONCE PR 00717
4084951         +STACY M. RODRIGUEZ VEGA,    PO BOX 2694,    SAN GERMAN PR 00683-2694
4084959         +UNIVERSIDAD CATOLICA DE PUERTO RICO,    2250 BULEVARD LUIS A FERRE,    PONCE PR 00717-0656
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: bankruptcy@hacienda.pr.gov Jul 02 2020 19:19:37      DEPARTAMENTO DE HACIENDA,
                  PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
smg             +E-mail/Text: Quiebras@trabajo.pr.gov Jul 02 2020 19:19:45      PR DEPARTMENT OF LABOR,
                  PO BOX 195540,    HATO REY, PR 00919-5540
smg              E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Jul 02 2020 19:18:55      US TRUSTEE,
                  EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR  00901-1922
4090454          E-mail/Text: marilyn.gonzalez@popular.com Jul 02 2020 19:19:25      BANCO POPULAR DE PUERTO RICO,
                  BANKRUPTCY DEPARTMENT,    PO BOX 366818,    SAN JUAN PR 00936-6818
4113603          E-mail/Text: bankruptcy@hacienda.pr.gov Jul 02 2020 19:19:37      Department of Treasury,
                  Bankruptcy Section (424),    P.O. Box 9024140,    San Juan PR 00902-4140
4186673          E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 02 2020 19:18:26      INTERNAL REVENUE SERVICES,
                  PO BOX 7346,    PHILADELPHIA PA 19101-7346
4090201          E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2020 19:20:45      Synchrony Bank,
                  c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
                                                                                               TOTAL: 7
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +STACY M RODRIGUEZ VEGA,    PO BOX 2694,    SAN GERMAN, PR 00683-2694
4144220*        +ASUME,    PO BOX 70376,    SAN JUAN PR 00936-8376
4186829*         INTERNAL REVENUE SERVICES,    PO BOX 7346,    PHILADELPHIA PA 19101 7346
4185824*         Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7317,
                  Philadelphia PA 19101-7317
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2020 at the address(es) listed below:

```
              ALEJANDRO   OLIVERAS RIVERA    aorecf@ch13sju.com
              ALEJANDRO   OLIVERAS RIVERA (ENO)    on behalf of Trustee ALEJANDRO   OLIVERAS RIVERA
               aorecf@ch13sju.com
              MIRIAM D SALWEN ACOSTA    on behalf of Trustee ALEJANDRO   OLIVERAS RIVERA aorecf@ch13sju.com
              MONSITA   LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              NORBERTO   COLON ALVARADO    on behalf of Debtor JORGE ANTONIO IRIZARRY RODRIGUEZ
               norbertocolonalvarado@yahoo.com
              PEDRO RAFAEL MEDINA HERNANDEZ    on behalf of Trustee ALEJANDRO   OLIVERAS RIVERA aorecf@ch13sju.com
              PETER ANTHONY SANTIAGO GONZALEZ    on behalf of Creditor STACY M RODRIGUEZ VEGA
               quiebrapr@gmail.com, G56539@notify.cincompass.com
                                                                                               TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 15-01937-EAG13 |
| JORGE ANTONIO IRIZARRY RODRIGUEZ | Chapter 13 |
| xx-xx-2062 | |
| Debtor(s) | FILED & ENTERED ON JUL/02/2020 |

ORDER

The motion filed by the debtor requesting continuance of the hearing set for July 22, 2020 (docket #225) is hereby granted. The same is hereby rescheduled for September 16, 2020 at 1:30 PM via Skype for Business Video & Audio Conferencing and/or Telephonic Hearings.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 2 day of July, 2020.

Edward A. Godoy
United States Bankruptcy Judge