United States Bankruptcy Court
District of Puerto Rico

| | |
|---|---|
| In re:<br>JORGE ANTONIO IRIZARRY RODRIGUEZ<br>    Debtor | Case No. 15-01937-EAG<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0104-2 | User: apontec | Page 1 of 2 |
| Date Rcvd: Feb 08, 2021 | Form ID: dt13 | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JORGE ANTONIO IRIZARRY RODRIGUEZ, PO BOX 560479, GUAYANILLA, PR 00656-0479 |
| 4084952 | + | ARCELIO A MALDONADO AVILES, 6 GARZAS, ADJUNTAS PR 00601-2108 |
| 4084950 | | ASUME, PO BOX 70376, SAN JUAN PR 00936-8376 |
| 4098975 | + | ASUME, C/O STACY RODRIGUEZ VEGA, PO BOX 70376, SAN JUAN PR 00936-8376 |
| 4084961 | + | DEPARTAMENTO DE HACIENDA DEL ESTADO LIBRE ASOCIACI, EDIFICIO INTENDENTE RAMIREZ, 10 PASEO COVADONGA, SAN JUAN 00901-2613 |
| 4084960 | | MARTIN GONZALEZ VAZQUEZ, PO BOX 591, MERCEDITA PR 00715 0591 |
| 4144221 | | PONTIFICAL CATHOLIC UNIVERSITY PR, 2250 BOULEVARD LUIS A FERRE, AGUAYO SUITE 530, PONCE PR 00717 |
| 4084951 | + | STACY M. RODRIGUEZ VEGA, PO BOX 2694, SAN GERMAN PR 00683-2694 |
| 4084959 | + | UNIVERSIDAD CATOLICA DE PUERTO RICO, 2250 BULEVARD LUIS A FERRE, PONCE PR 00717-0656 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 4090454 | Email/Text: marilyn.gonzalez@popular.com | Feb 08 2021 19:02:00 | BANCO POPULAR DE PUERTO RICO, BANKRUPTCY DEPARTMENT, PO BOX 366818, SAN JUAN PR 00936-6818 |
| 4113603 | Email/Text: bankruptcy@hacienda.pr.gov | Feb 08 2021 19:02:00 | Department of Treasury, Bankruptcy Section (424), P.O. Box 9024140, San Juan PR 00902-4140 |
| 4186673 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 08 2021 19:00:00 | INTERNAL REVENUE SERVICES, PO BOX 7346, PHILADELPHIA PA 19101-7346 |
| 4090201 | Email/PDF: gecsedi@recoverycorp.com | Feb 08 2021 18:50:32 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | ASUME, PO BOX 70376, SAN JUAN, PR 00936-8376 |
| cr | *+ | STACY M RODRIGUEZ VEGA, PO BOX 2694, SAN GERMAN, PR 00683-2694 |
| 4144220 | *+ | ASUME, PO BOX 70376, SAN JUAN PR 00936-8376 |
| 4186829 | * | INTERNAL REVENUE SERVICES, PO BOX 7346, PHILADELPHIA PA 19101 7346 |
| 4185824 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7317, Philadelphia PA 19101-7317 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0104-2 | User: apontec | Page 2 of 2 |
| Date Rcvd: Feb 08, 2021 | Form ID: dt13 | Total Noticed: 13 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2021 at the address(es) listed below:

**Name**              **Email Address**

ALEJANDRO OLIVERAS RIVERA
    aorecf@ch13sju.com

ALEJANDRO OLIVERAS RIVERA (ENO)
    on behalf of Trustee ALEJANDRO OLIVERAS RIVERA aorecf@ch13sju.com

MIRIAM D SALWEN ACOSTA
    on behalf of Trustee ALEJANDRO OLIVERAS RIVERA aorecf@ch13sju.com

MONSITA LECAROZ ARRIBAS
    ustpregion21.hr.ecf@usdoj.gov

NORBERTO COLON ALVARADO
    on behalf of Debtor JORGE ANTONIO IRIZARRY RODRIGUEZ norbertocolonalvarado@yahoo.com

PEDRO RAFAEL MEDINA HERNANDEZ
    on behalf of Trustee ALEJANDRO OLIVERAS RIVERA aorecf@ch13sju.com

PETER ANTHONY SANTIAGO GONZALEZ
    on behalf of Creditor STACY M RODRIGUEZ VEGA quiebrapr@gmail.com  G56539@notify.cincompass.com

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| *In re:*<br><br>JORGE ANTONIO IRIZARRY RODRIGUEZ<br><br>xxx−xx−2062<br><br><br><br>Debtor(s) | **Case No.** 15−01937 EAG<br><br>**Chapter 13**<br><br><br><br>FILED & ENTERED ON 2/8/21 |

### ORDER DISCHARGING TRUSTEE AND CLOSING THE CASE

The Chapter 13 Trustee has filed a Final Report and Account and has certified that the estate has been fully administered. The Report has been properly notified granting parties in interest an opportunity to object, and no objections have been filed. Pursuant to Rule 5009 of the Federal Rules of Bankruptcy Procedure, it is presumed the estate has been fully administered.

WHEREFORE, as provided in 11 U.S.C., Section 350(a), the trustee is discharged, his bond for this case cancelled, and the case is closed. The Clerk will notify this order.

San Juan, Puerto Rico, this **Monday, February 8, 2021** .

Edward A. Godoy
United States Bankruptcy Judge

cc: ALEJANDRO OLIVERAS RIVERA , UST